UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HAROLD SWANSON,

      Plaintiff,                              Case No. 23-cv-10111
                                              Hon. Matthew F. Leitman

v.

VERIZON WIRELESS SERVICES, LLC,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126